# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MICHIGAN
# SOUTHERN DIVISION

UNITED STATES OF AMERICA

v.

Shan-Chuen "Henry" Lin,

           Defendant.

_____/

Case: 2:25-cr-20120
Assigned To : Hood, Denise Page
Referral Judge: Stafford, Elizabeth A.
Assign. Date : 2/28/2025
Description: INFO USA V. LIN (AB)

VIOLATION: 18 U.S.C. § 2314

## INFORMATION

THE UNITED STATES ATTORNEY CHARGES:

### COUNT ONE

*(18 U.S.C. § 2314 – Interstate Transportation of Stolen Property)*

Between on or about the 9th day of October 2021, through November 2021, in the Eastern District of Michigan, the defendant, Shan-Chuen "Henry" Lin, did unlawfully transport, transmit, and transfer in interstate commerce from the Metropolitan Detroit area in the State of Michigan, to Los Angeles, State of California, stolen goods, wares and merchandise, that is, a power converter new product development program belonging to a Victim Company based in the Eastern District of Michigan, of the value of $5,000 or more, knowing the same to have been stolen in violation of Title 18, United States Code, Section 2314.

## FORFEITURE ALLEGATIONS

(18 U.S.C. § 981 and 28 U.S.C. § 2461)

1. The allegations contained in Count One of this Information are hereby re-alleged and incorporated by reference for the purpose of alleging forfeiture pursuant to Title 18, United States Code, Section 981(a)(1)(C) together with Title 28, United States Code, Section 2461.

2. Upon conviction of the offense charged in Count One of this Information, in violation of Title 18, United States Code, Section 2314, defendant shall forfeit to the United States any property which constitutes or is derived from proceeds traceable to the offense, pursuant to Title 18, United States Code, Section 981(a)(1)(C) together with Title 28, United States Code, Section 2461.

3. <u>Substitute Assets</u>: If the property described above as being subject to forfeiture, as a result of any act or omission of defendant:

  (a) Cannot be located upon the exercise of due diligence;

  (b) Has been transferred or sold to, or deposited with, a third party;

  (c) Has been placed beyond the jurisdiction of the Court;

  (d) Has been substantially diminished in value; or

  (e) Has been commingled with other property that cannot be subdivided without difficulty;

it is the intent of the United States, pursuant to Title 21, United States Code, Section 853(p) as incorporated by Title 28, United States Code, Section 2461, to seek to forfeit any other property of defendant up to the value of the forfeitable property described above.

JULIE A. BECK
Acting United States Attorney

_____
Mark Chasteen
Chief, White Collar Crime Unit

_____
Patrick E. Corbett
Assistant United States Attorney

Dated: 2/28/25

| United States District Court<br>Eastern District of Michigan | **Criminal Case Cover Sheet** | Case Number: 2:25−cr−20120 |
|---|---|---|

**NOTE:** It is the responsibility of the Assistant U.S. Attorney signing this form to complete it accurately in all respects.

| **Companion Case Information** | **Companion Case Number:** |
|---|---|
| This may be a companion case based upon **LCrR 57.10 (b)(4)**[1]: | **Judge Assigned:** |
| ☐ Yes    ☒ No | AUSA's Initials: *s/P.C.* |

**Case Title:** USA v. Shan-Chuen "Henry" Lin

**County where offense occurred:** Oakland

**Check One:**   ☒ Felony   ☐ Misdemeanor   ☐ Petty

  ____Indictment/ ✓ Information --- **no** prior complaint.
  ____Indictment/____Information --- based upon prior complaint [**Case number:**           ]
  ____Indictment/____Information --- based upon **LCrR 57.10 (d)** *[Complete Superseding section below]*.

**Superseding Case Information**

**Superseding to Case No:** _____    **Judge:** _____

  ☐ Corrects errors; no additional charges or defendants.
  ☐ Involves, for plea purposes, different charges or adds counts.
  ☐ Embraces same subject matter but adds the additional defendants or charges below:

| **Defendant name** | **Charges** | **Prior Complaint (if applicable)** |
|---|---|---|
| | | |

**Please take notice that the below listed Assistant United States Attorney is the attorney of record for the above captioned case.**

February 28, 2025
Date

*s/Patrick E. Corbett*
Patrick E. Corbett
Assistant United States Attorney
211 W. Fort Street, Suite 2001
Detroit, MI  48226-3277
Phone: 313-226-9703
E-Mail address: patrick.corbett@usdoj.gov
Attorney Bar #:  P41182

---

[1] Companion cases are matters in which it appears that (1) substantially similar evidence will be offered at trial, or (2) the same or related parties are present, and the cases arise out of the same transaction or occurrence. Cases may be companion cases even though one of them may have already been terminated.